UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

GARY PRATT )
)
v. ) No. 16-CV-00284-SM
)
UNITED STATES OF AMERICA )

APPEARANCE

Enter my appearance as counsel for the United States in the above-entitled case.

Respectfully submitted,

EMILY GRAY RICE
United States Attorney

By: /S/ Seth R. Aframe
Seth R. Aframe
Assistant U.S. Attorney
MA Bar No. 643288
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552
seth.aframe@usdoj.gov

Date:  July 8, 2016

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was forwarded electronically by ECF to Paul J. Garrity, Esq., counsel for defendant.

___/s/ Seth R. Aframe_____
Seth R. Aframe, AUSA