UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DIST. COURT
DISTRICT OF NH
FILED
2016 AUG 12 AM 11:12

**IN RE THE MATTER OF:**

Petitioner's name: **Gary Pratt**

Case No. (If known): **04-CR-09-01-SM**
(16-CV-00284-SM)
Civil case #

## REQUEST FOR APPOINTMENT OF COUNSEL

I, **Gary C. Pratt** (name)

respectfully request appointment of counsel to represent me as a

☐ grand jury target       ☒ criminal defendant
☐ grand jury witness      ☒ trial witness

☒ other: **Motion to vacate and correct sentence.**

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **8-2-2016**          Signature of Petitioner: *Gary Pratt*

---

**NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS:** In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

---

### RULING BY JUDICIAL OFFICER

☐ Request Approved. Appoint counsel.

☐ Request Denied.

Date: _____        _____
                                     U.S. Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)

# PAUL J. GARRITY
## Attorney At Law

**Main Address:**
14 Londonderry Road
Londonderry, NH 03053
(603)434-4106
(603)434-9356
FAX: (603)437-6472

2016 AUG 12 A 11: 12

160 Old Derby Street
Suite 4560
Hingham, MA 02043
(617)268-2999

July 27, 2016

United States Court
District of New Hampshire
Attn: Civil Division
55 Pleasant Street
Concord, NH 03301

RE: GARY PRATT v. USA
Docket No: 16-CV-00284-SM

Dear Sir/Madam:

Enclosed please find a copy of a **Request for Appointment of Counsel** and a **Financial Declaration** in regards to the matter referenced above. I am requesting, if possible, that my appointment of counsel to be back dated to June 20, 2016. On this day I was contacted by the NH Federal Public Defender's Office, specifically Attorney Bjorn Lange, asking me if I was able to file the petition on behalf of Garry Pratt. I accepted this request and began working on the petition on June 20, 2016. Should you have any questions please contact the office. Thank you for your attention on this matter. Please have a good day.

Sincerely,

Paul J. Garrity

PJG/kld