UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| GARY PRATT ) | |
| ) | |
| v. ) | No. 16-cv-00284-SM |
| ) | |
| UNITED STATES OF AMERICA ) | |

ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND

The Government's response to Petitioner's Motion to Vacate under 28 U.S.C. §2255 is due on September 23, 2016. Counsel for the parties are in discussions to reach a mutually agreeable disposition. For this reason, the Government requests the Court grant a two-week extension in which to respond to the Petitioner's §2255 motion. Counsel for the Petitioner assents to the filing of this motion.

Dated:  September 20, 2016

                                      Respectfully submitted,

                                      EMILY GRAY RICE
                                      United States Attorney


                                      By:  /s/ Seth R. Aframe
                                      Seth R. Aframe, AUSA
                                      53 Pleasant Street, 5th Floor
                                      Concord, NH  03301
                                      (603) 225-1552
                                      seth.aframe@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a copy of this response has been forwarded this date via electronic ECF filing to Paul Garrity, Esq., counsel for the petitioner.

September 20, 2016                    /s/ Seth R. Aframe
                                              Seth R. Aframe, AUSA