UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Gary C. Pratt,
    Petitioner

    v.                                               Case No. 16-cv-284-SM

United States of America,
    Government

**O R D E R**

    Petitioner seeks sentence relief under the provisions of 18 U.S.C. § 2255 and Johnson v. United States, 135 S. Ct. 2551 (2015). A status conference was held with counsel for the government and petitioner. The government concedes that relief under § 2255 is appropriate in this case and the parties agree that the imposed sentence should be reduced to reflect the bottom of the Guideline Sentencing Range as calculated by counsel.

    The petition is granted. Petitioner's sentence to 15 years of imprisonment is reduced to 120 months. All other terms of the sentence previously imposed remain unchanged. An amended judgment consistent with this order shall be entered on the docket in Case No. 04-cr-09-01-SM.

**SO ORDERED.**

_/s/ Steven J. McAuliffe_
Steven J. McAuliffe
United States District Judge

October 11, 2016

cc: Paul J. Garrity, Esq.
    Seth R. Aframe, AUSA