UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Gary C. Pratt</u>

       v.                        Case No. 16-cv-284-SM

<u>United States of America</u>

**J U D G M E N T**

In accordance with the Order by United States District Judge Steven J. McAuliffe dated October 11, 2016, judgment is hereby entered.

By the Court,

*/s/ Daniel J. Lynch*
Daniel J. Lynch
Clerk of Court

Date: October 13, 2016

cc:    Paul J. Garrity, Esq.
        Seth R. Aframe, AUSA